for the Sixth Circuit denied. *Mr. Luther Day* for petitioner. *Messrs. John W. Bricker* and *J. Roth Crabbe* for respondents.

No. 799. PATTERSON ET AL. *v.* UNITED STATES. April 6, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Ernest Woodward, Province M. Pogue,* and *Leonard S. Coyne* for petitioners. *Solicitor General Reed, Assistant Attorney General McMahon* and *Mr. Wm. W. Barron* for the United States.

No. 802. MILLER *v.* HOCKLEY ET AL., RECEIVERS. April 6, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Isaac Lobe Straus* and *J. Wallace Bryan* for petitioner. *Mr. George Moore Brady* for respondents.

No. 850. WATSON ET AL. *v.* O'CONNER, COMPTROLLER OF THE CURRENCY, ET AL. April 6, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Howard B. Warren* for petitioners. No appearance for respondents.

No. 842. HOUSTON, COLLECTOR OF INTERNAL REVENUE, *v.* IOWA SOAP Co. April 6, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Solicitor General Reed* for petitioner. *Messrs. J. G. Gamble, R. L. Read,* and *A. B. Howland* for respondent.